**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANCIS EUGENE PORTER** | : | |
| | : | |
| **Plaintiff** | | **CIVIL ACTION** |
| | | **NO.  05-1490** |
| **v.** | | |
| | : | |
| **OFFICER MASSI, et al.** | | **JURY TRIAL DEMANDED** |
| | : | |
| **Defendants** | : | |

### PLAINTIFF'S PROPOSED JURY INTERROGATORIES

1.      Has the plaintiff, Francis Porter, proven by a preponderance of the evidence that Joseph

Massi, William Swanson, James Nolan, William McGoldrick and/or Officer Mullen

violated the United States Constitution and 42 U.S.C. § 1983 and the Pennsylvania

Constitution by detaining and arresting Mr. Porter? If so,

   a.      What amount of compensatory damages do you award the plaintiff on this claim?

   $_____

   b.      What amount of punitive damages do you award plaintiff on this claim from Joseph

   Massi?

   $_____

   c.      What amount of punitive damages do you award plaintiff on this claim from

   William Swanson?

   $_____

   d.      What amount of punitive damages do you award plaintiff on this claim from James

   Nolan ?

   $_____

e.      What amount of punitive damages do you award plaintiff on this claim from

William McGoldrick ?

$_____

f.      What amount of punitive damages do you award the plaintiff on this claim from

Officer Mullen?

$_____

No matter what your response is to Question 1 go on to Question 2

2.      Has the plaintiff proven by a preponderance of the evidence that William Swanson violated

the United States Constitution and 42 U.S.C. § 1983 and the Pennsylvania Constitution by

using excessive force on Mr. Porter.? If so,

a.       What amount of compensatory damages do you award the plaintiff on this   claim?

$_____

b.      What amount of punitive damages do you award the plaintiff on this claim?

$_____

No matter what your answer your answer is to question 2, go on to question 3.

3.      Has the plaintiff proven by a preponderance of the evidence that Joseph Massi violated the

United States Constitution and 42 U.S.C. § 1983 and the Pennsylvania Constitution by

maliciously prosecuting criminal charges against Mr. Porter.? If so,

a.       What amount of compensatory damages do you award the plaintiff on this claim?

$_____

b.      What amount of punitive damages do you award the plaintiff on this claim?

$_____

No matter what your answer your answer is to question 3, go on to question 4.

2

4.     Has the plaintiff, Francis Porter, proven by a preponderance of the evidence that Joseph

Massi, William Swanson, James Nolan, William McGoldrick and/or Officer Mullen

violated the United States Constitution and 42 U.S.C. § 1983 and the Pennsylvania

Constitution by conspiring to violate Mr. Porter's' rights under the law.? If so,

    a.     What amount of compensatory damages do you award the plaintiff on this claim?

       $_____

    b.     What amount of punitive damages do you award the plaintiff on this claim from

       Joseph Massi?

       $_____

    c.     What amount of punitive damages do you award the plaintiff on this claim from

       William Swanson?

       $_____

    d.     What amount of punitive damages do you award that the plaintiff on this claim from

       James Nolan ?

       $_____

    e.     What amount of punitive damages do you award the plaintiff on this claim from

       William McGoldrick?

       $_____

    f.     What amount of punitive damages do you award the plaintiff on this claim from

       Officer Mullen?

       $_____

_____
Foreperson

CERTIFICATE OF SERVICE

It is certified that on this day a true and correct original or a copy of the plaintiff's Jury

Interrogatories was mailed to the following at the address set out below by the means stated herein:

Thomas C. Gallagher, Esquire
Holsten & Associates
One Olive Street
Media PA 19063

_____
Andrew F. Erba

dated:          November 17, 2005